NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3170

SCOT R. WINLOCK, SR.,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, Maryland, for petitioner.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3170

SCOT R. WINLOCK, SR.,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from the Merit Systems Protection Board

in CASE NO. DA0752080261-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, CLEVENGER, and LINN, Circuit Judges.)

AFFIRMED.  See Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED:  April 9, 2010          /s/ Jan Horbaly
                                Jan Horbaly, Clerk